# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Mattel, Inc.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081167 | $52,470.00 | 11/25/2019 | 104727 - AUDIT STTLMNT 1.15-12.17 | 11/14/2019 | $52,470.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080775 | $32,565.92 | 10/30/2019 | 104727 | 10/1/2019 | $32,744.01 |

| | | |
|---|---|---|
| **Totals:** | **2 transfer(s),** | **$85,035.92** |

Mattel, Inc. (2266208)
Bankruptcy Case: HRB Winddown, Inc.
Dec 13, 2021

Exhibit A

P. 1